

# Fourth Court of Appeals
## San Antonio, Texas

June 5, 2015

No. 04-14-00301-CV

**CITY OF SAN ANTONIO**,
Appellant

v.

Gerard **CORTES**,
Appellee

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-05707
Honorable Laura Salinas, Judge Presiding

# O R D E R

The Appellee's Motion to Extend Time to File Appellee's Motion for Rehearing and Motion for En Banc Reconsideration is GRANTED. Time is extended to June 15, 2015.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of June, 2015.

_____
Keith E. Hottle
Clerk of Court